**Audrey N. HAMMES,**
**Employee/Appellant,**

v.

**SCHNUCKS MARKET, INC., Employer,**

and

**Northbrook Property and Casualty Company, Employer/Respondent.**

**No. 64900.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 1994.

Application to Transfer Denied
Sept. 20. 1994.

---

Timothy G. Noble, St. Louis, for appellant.

John J. Johnson, Jr., Brown & James, PC, St. Louis, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

## *ORDER*

PER CURIAM.

In this worker's compensation case, the employee appeals from the Labor and Industrial Relations Commission's award of 50% permanent partial disability of her left knee.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the Commission is affirmed in accordance with Rule 84.16(b).